**September 25, 1985**

**(706 P2d 207)**

State v. Sampson, Daniel Tamartz (A35834).
    Defendant's conviction under ORS 488.120 reversed.

**(706 P2d 208)**

State v. Rice, Robert M. (A35285).
    The state confesses error. Conviction affirmed; remanded for resentencing.
State v. Thomley, James L. (A35008); State v. Strong, Steven Tracy (A35144),

Affirmed. *City of Pendleton v. Martin,* 46 Or App 181, 611 P2d 318, *rev den* 289 Or
173 (1980).